UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DANNY KELLY                                    CASE NO. 3:09-cv-00619

VERSUS

STATE FARM FIRE AND CASUALTY
COMPANY

### NOTICE OF REMOVAL TO THE
### UNITED STATES DISTRICT COURT

To the Honorable Judges of said Court,

**NOW INTO COURT**, comes the State Farm Fire and Casualty Company, which desires to remove this action to this Honorable Court and respectfully represents as follows:

1.

The plaintiff, Danny Kelly is a citizen of the state of Louisiana, alleged to be of the full age of majority and a resident of Livingston Parish, state of Louisiana.

2.

The defendant, State Farm Fire and Casualty Company is a foreign insurance corporation, incorporated in the state of Illinois, with its principal place of business in Bloomington, Illinois. It is neither incorporated in, nor has its principal place of business, in the state of Louisiana. It is qualified to do business in Louisiana as a foreign insurance corporation.

3.

The defendant, State Farm Fire and Casualty Company is thus diverse from the plaintiff.

4.

On or about July 6, 2009, the plaintiff in this matter, Danny Kelly, filed a Petition for Damages, in Louisiana state court, in the action entitled "DANNY KELLY VERSUS STATE

FARM FIRE AND CASUALTY COMPANY", suit number 67,976, in the 18TH Judicial District Court, for the Parish of Iberville, state of Louisiana.

5.

The plaintiffs' original petition alleges a claim for damages against State Farm Fire and Casualty Company, based on an assignment, for a judgment that was rendered in favor of Danny Kelly against Henry Thomas, Jr. for $176,464.07, less a credit for amounts paid.

6.

The state court original petition does not state that there is lack of jurisdiction in the United States District Court, as it is required to state under Louisiana Code of Civil Procedure article 893, if federal court jurisdiction is lacking. The state court original petition does not include an allegation that the damages do or do not exceed the amount required for a jury trial in state court—which is $50,000.

7.

The amount in controversy exceeds the sum of $75,000, the minimum needed to accord federal jurisdiction in diversity cases based upon the allegations in the Petition.

8.

This court has original jurisdiction over this action pursuant to 22 USC § 1332 in that it is a civil action wherein the amount in controversy exceeds $75,000, exclusive of interest and costs, which is derived from Petition, and the suit is between citizens of different states and is therefore removable pursuant to 28 USC § 1441, et sec.

9.

This Court has removal jurisdiction over this matter pursuant to the provisions of 28 USC § 1441(a) and (b).

0730-7070                                                     2

10.

The time within which the State Farm Fire and Casualty Company may remove this case has not elapsed and this case has been properly and timely removed pursuant to 28 USC § 1446. It became removable some time after July 28, 2009.

11.

Attached to this Notice of Removal as Exhibit 1 is a copy of any process, pleadings, or orders served upon the mover in the removed action.

12.

The State Farm Fire and Casualty Company further represents that promptly upon the filing of this Notice of Removal, it will give written notice thereof to the plaintiffs, through their counsel of record and the State Farm Fire and Casualty Company, shall file a copy of the Notice of Removal with the clerk for the 18th Judicial District Court, Parish of Iberville, State of Louisiana, the jurisdiction where such state court action is pending at the present time.

Wherefore, the State Farm Fire and Casualty Company respectfully prays that this Notice of Removal be accepted as good and sufficient and that this Court enters such order or orders as may be proper in the premises.

Baton Rouge, Louisiana this 6th day of August, 2009.

        Respectfully submitted

        BY ATTORNEYS:

        GUGLIELMO, MARKS, SCHUTTE,
        TERHOEVE & LOVE
        320 Somerulos Street (70802)
        Post Office Box 3177
        Baton Rouge, Louisiana   70821
        Telephone:  225-387-6966
        Facsimile:  225-387-8338
        By:   s/Henry G. Terhoeve
           Henry G. Terhoeve (14464)

## **CERTIFICATE**

I hereby certify that on this 6th day of August, 2009, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Frank Tomeny, III, Esq. by operation of the court's electronic filing system.

        s/Henry G. Terhoeve
        Henry G. Terhoeve    #14464
        Attorney for
        GUGLIELMO, MARKS, SCHUTTE,
        TERHOEVE & LOVE
        320 Somerulos Street (70802)
        Post Office Box 3177
        Baton Rouge, Louisiana   70821
        Telephone:  (225) 387-6966
        Facsimile:  (225) 387-8338
        E-mail:  hterhoeve@gmstl.com