UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DANNY KELLY**  **CIVIL ACTION**

**VERSUS**

**STATE FARM FIRE AND CASUALTY COMPANY**  **NO.:09-00619-BAJ-EWD**

ORDER AND RULING

Considering the **Joint Motion to Dismiss (Doc. 67)** filed by Plaintiff Danny Kelly, and Defendant State Farm Fire and Casualty Company,

**IT IS ORDERED** that the **Joint Motion to Dismiss (Doc. 67)** is **GRANTED.**

**IT IS FURTHER ORDERED** that the above-captioned action is **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this <u>31st</u> day of May, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

JURY